UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 19 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| DOUGLAS SMITH, | ) | 4:26CR00399- ZMB NCC |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Carolyn L. Chkautovich, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is currently charged with one count of being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1), an offense carrying a maximum of 15 years' imprisonment.

### The Nature and Circumstances of the Offense

2. Pursuant to Title 18, United States Code, Section 3142(g)(1), the nature and circumstances of the charged offenses warrant pre-trial detention. Prior to August 21, 2025, Defendant had been convicted of at least one felony offense, including a State conviction in St. Charles County, MO in case number 2111-CR00260-01 for Second Degree Kidnapping,

Possession of Fentanyl, Third Degree Domestic Assault, and Resisting-Creating a Substantial Risk. Because Defendant had actually been imprisoned for at least one year, Defendant, as of August 21, 2025, knew that he was a convicted felon prohibited from possessing firearms.

On August 12, 2025, a State felony arrest warrant was issued out of St. Charles County, Missouri relative to Assault First Degree and Armed Criminal Action. On August 21, 2025, the United States Marshals Service arrived at 110 Czar Tower Road, Steelville, Crawford County, Missouri to locate the Defendant.

The Marshals located a trailer on the property where they believed the defendant to be located. As the Marshals approached the trailer, the Defendant was seen running out of the trailer wearing a black backpack and headed towards the wood line on the property. Task Force Officers who had formed a perimeter in the wood line gave verbal commands to stop. The Defendant dropped his backpack and continued to flee, jumping over a barbed wire fence. USMS personnel continued to pursue the Defendant on foot as he was still ignoring commands to stop. USMS personnel had to deploy a pepper ball launcher on the defendant. The Defendant was struck with the pepper balls and fell to the ground. Once on the ground, the Defendant got back up and started running again before finally being apprehended.

USMS personnel located the defendant's backpack. Inside the backpack, a loaded KelTec pistol bearing serial number A4M42 was located. Defendant stated that the backpack was his but that "some" of the items inside belonged to his grandmother.

The Task Force received permission from the defendant to conduct a security sweep of the trailer. During the security sweep, suspected narcotics were observed in plain view in the kitchen. Task Force Officers referred the suspected narcotics to Crawford County Officers for further investigation.

An ATF Nexus Expert was consulted who advised the firearm seized was manufactured outside the State of Missouri. Consequently, this firearm had been transported in interstate commerce prior to August 21, 2025.

The Weight of the Evidence

3. Pursuant to Title 18, United States Code, Section 3142(g)(2), the weight of the evidence supports pre-trial detention. Defendant is a felon who was in possession of a loaded firearm.

Defendant's History and Characteristics

4. Pursuant to Title 18, United States Code, Section 3142(g)(3), Defendant's criminal history weighs in favor of detention. Defendant's criminal history reflects ten felony convictions, including the following: Possession with Intent to Deliver Fentanyl (2024), Possession with Intent to Deliver Fentanyl (2024), Possession with Intent to Deliver Heroin (2024), Possession of Fentanyl (2024), Possession of Methamphetamine (2024), Possession of Methamphetamine (2024), Second Degree Kidnapping (2023), Resisting Arrest-Creating a Substantial Risk (2023), Third Degree Domestic Assault (2023), and Possession of Fentanyl (2023).

Danger to the Community

5. Pursuant to Title 18, United States Code, Section 3142(g)(4), Defendant should be detained pending trial due to the danger he poses to the community. Given his prior conviction and the nature and circumstances of the present offenses, no alternative set of restrictions will be sufficient to protect the public.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Carolyn L. Chkautovich*
Carolyn L. Chkautovich #37773 (LA)
Assistant United States Attorney